PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Reginold Wayne Estrada      **Docket Number:** 11CR332(SDW)
    **PACTS Number:** 44810

**Name of Sentencing Judicial Officer:** Honorable Malcolm J. Howard, Sr. United States District Judge

**Name of Newly Assigned Judicial Officer:** Honorable Susan D. Wigenton, United States District Judge

**Date of Original Sentence:** 02/14/06

**Original Offense:** Conspiracy to Distribute and Possess with Intent to Distribute more than 500 grams of Cocaine

**Original Sentence:** 48 months imprisonment followed by 5 years supervised release. $100 special assessment. Special conditions: 1) no new debt or additional lines of credit; 2) full financial disclosure; 3) substance abuse testing and treatment; and, 4) DNA collection.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 01/18/08

**Assistant U.S. Attorney:** Randall H. Cook, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Ruth M. Liebesman, 460 Myrtle Avenue, Fort Lee, New Jersey 07024 (201-617-7000)

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On March 27, 2011, Estrada was arrested by an agent of the Department of Homeland Security Investigations and charged with Conspiracy to Import Cocaine, in violation of Title 21, United States Code, Section 963. |
| | On March 28, 2011, Estrada had an Initial Appearance before the Honorable Esther Salas, United States Magistrate Judge, at which time Estrada was ordered remanded. |

PROB 12C - Page 2
Reginold Wayne Estrada

On April 5, 2011, Estrada was indicted under the following counts: 1) Conspiracy to Import into the United States 500 grams or more of Cocaine; 2) Importation of Cocaine; and, 3) Attempt to Possess with Intent to Distribute 500 grams or more of cocaine.

On April 13, 2011, Estrada had an Arraignment before Judge Wigenton at which time Estrada entered a plea of not guilty.

Jury trial has been set for June 7, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

By: Adriana Garcia
U.S. Probation Officer
Date: 5/18/11

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

May 19, 2011
Date